# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Orenstein, James | U.S. District Court, E.D.N.Y. | 05/12/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge (full-time) | ☐ Nomination Date<br>☐ Initial ✔ Annual ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

U.S. Courthouse
225 Cadman Plaza East
Brooklyn, NY 11021

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Adjunct professor | New York University School of Law |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Orenstein, James** | 05/12/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2019 | New York University School of Law, wages for teaching | $27,815.00 |
| 2. | 2019 | New York Times, royalties for published essay | $1,200.00 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2019 | Department of Justice -- U.S. Attorney's Office, Eastern District of New York |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | United States Judiciary -- Federal Judicial Center | April 14-15, 2019 | Miami, FL | Magistrate Judge workshop (panelist) | Travel, lodging, food |
| 2. | United States Judiciary -- Administrative Office of U.S. Courts | May 9, 2019 | Washington, DC | Present at online seminar (panelist) | Travel, food |
| 3. | United States Judiciary -- Federal Judicial Center | May 28-31, 2019 | Raleigh, NC | Law and technology workshop (attendee) | Travel, food, lodging |
| 4. | United States Judiciary -- Federal Judicial Center | July 14-17, 2019 | Redondo Beach, CA | Magistrate Judge workshp (panelist, attendee) | Travel, food, lodging |
| 5. | United States Judiciary -- Federal Judicial Center | September 15-18, 2019 | Redwood City. CA | Law and technology workshop (panelist) | Travel, food, lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| **Orenstein, James** | 05/12/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[ ] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Robert Jones | Tickets to Carnegie Hall concert & dinner | $5,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Department of Education Direct Loan Servicing | Family member's student loan | K |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Orenstein, James** | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Chase bank accounts (with family member #2) | A | Interest | J | T | | | | | |
| 2. IBM | A | Dividend | K | T | | | | | |
| 3. Verizon | A | Dividend | K | T | | | | | |
| 4. ▓▓▓▓▓ Real Estate Trust (as appraised on 11/12/2008) | | None | K | Q | | | | | |
| 5. JO UBS ACCT (...12) | A | Dividend | J | T | | | | | |
| 6. --UBS Bank USA Deposit Acct. | | None | J | T | | | | | |
| 7. --Vanguard High Divid. Yield ETF | A | Dividend | J | T | Sold (part) | 10/29/19 | J | A | |
| 8. JO UBS ACCT. (...83) | | None | N | T | | | | | |
| 9. --JPMorgan 529 Moderate Growth Portfolio Fund Class A | | None | N | T | | | | | |
| 10. JO UBS ROTH (...47) | E | Int./Div. | O | T | | | | | |
| 11. --UBS BANK USA Deposit Acct. | A | Interest | J | T | | | | | |
| 12. --Alphabet Class A | | None | K | T | | | | | |
| 13. --Alphabet Class C | | None | K | T | | | | | |
| 14. --Goldman Sachs ActiveBeta US Large Cap Fund | B | Dividend | L | T | | | | | |
| 15. --Ishares Trust Core S&P Smallcap | B | Dividend | L | T | Sold (part) | 07/17/19 | J | B | |
| 16. --Ishares Select Divid ETF | A | Dividend | K | T | | | | | |
| 17. --SPDR S&P Midcap 400 | A | Dividend | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Orenstein, James** | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --Fidelity Advisor New Insights Fund | D | Dividend | L | T | Sold (part) | 01/30/19 | J | A | |
| 19. --Cohen & Steers Ltd Duration Pfd & Income Fund Inc | B | Dividend | K | T | Buy (add'l) | 01/15/19 | J | | |
| 20. -- Nuveen Preferred Securities Income Fund | B | Dividend | K | T | Buy (add'l) | 01/15/19 | J | | |
| 21. -- Pioneer High Income Trust | B | Dividend | K | T | Buy (add'l) | 01/15/19 | J | | |
| 22. --Western Asset High Inscome Fund II | C | Dividend | K | T | | | | | |
| 23. --AB (Alliance Bernstein) High Income Fund | C | Dividend | L | T | | | | | |
| 24. --Putnam Diversified Income Trust | B | Dividend | K | T | | | | | |
| 25. --Templeton Global Total Return Class A | B | Dividend | K | T | Sold (part) | 10/29/19 | J | | |
| 26. --Invesco Balanced-Risk Allocation Fund A | C | Dividend | K | T | | | | | |
| 27. --Nuveen Real Asset Income Fund Class A | B | Dividend | K | T | Sold (part) | 04/26/19 | J | | |
| 28. FAMILY #2 UBS ROTH ( . ..48) | D | Int./Div. | M | T | | | | | |
| 29. --UBS Bank USA Dep Acct | A | Interest | J | T | | | | | |
| 30. --American Funds Capital World Growth & Income Fund Cl A | A | Dividend | K | T | | | | | |
| 31. --American Funds New World Fund Cl A | A | Dividend | J | T | | | | | |
| 32. --American Funds Smallcap World Fund Cl A | B | Dividend | K | T | | | | | |
| 33. --American Funds Euro Pacific Growth Fund Cl A | A | Dividend | J | T | | | | | |
| 34. --American Funds Growth Fund of America Cl A | B | Dividend | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Orenstein, James** | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.   --American Funds New Perspective Fund Cl A | A | Dividend | K | T | | | | | |
| 36.   --American Funds Washington Mutual Investors Fund Cl A | B | Dividend | K | T | | | | | |
| 37.   --American Funds American Balanced Fund Cl A | A | Dividend | K | T | Buy (add'l) | 01/15/19 | J | | |
| 38.   --American Funds Income Fund of America | A | Dividend | K | T | Buy (add'l) | 01/15/19 | J | | |
| 39.   JO UBS ACCT ( ... 29) | | None | L | T | | | | | |
| 40.   --CollegeAmerica 529 Bond Fund of America | | None | K | T | | | | | |
| 41.   --CollegeAmerica 529 Capital World Growth & Income Fund | | None | L | T | | | | | |
| 42.   --CollegeAmerica 529 Euro Pac Growth Fund | | None | K | T | | | | | |
| 43.   --CollegeAmerica 529 Growth Fund of America | | None | L | T | | | | | |
| 44.   --CollegeAmerica 529 Income Fund of America | | None | L | T | | | | | |
| 45.   --CollegeAmerica 529 New Perspective Fund | | None | L | T | | | | | |
| 46.   --CollegeAmerica 529 Smallcap World Fund | | None | L | T | | | | | |
| 47.   --CollegeAmerica 529 Washington Mutual Investors Fund | | None | L | T | | | | | |
| 48.   JOINT UBS ACCT ( .. .48) | D | Int./Div. | P1 | T | | | | | |
| 49.   --UBS Bank USA Dep Acct | A | Interest | J | T | | | | | |
| 50.   --Sallie Mae Ednotes Callable | A | Interest | J | T | | | | | |
| 51.   --Wentzville Mo Sch Municipal Bond | | None | | | Redeemed | 03/01/19 | K | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Orenstein, James** | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. --Yorba Linda CA Municipal Bond | | None | | | Sold | 07/29/19 | J | A | |
| 53. --Chicago IL Bd of Ed Municipal Bond | | None | K | T | | | | | |
| 54. --Chicago IL Lakefront Municipal Bond | | None | K | T | | | | | |
| 55. --NJ Trans Trust Municipal Bonds | | None | M | T | Sold<br>(part) | 07/31/19 | K | D | |
| 56. | | | | | Sold<br>(part) | 10/31/19 | K | D | |
| 57. --Escondido CA UHSD Municipal Bond | | None | | | Sold | 07/29/19 | K | D | |
| 58. --Massachusetts Bay Trans Municipal Bond | | None | L | T | Buy<br>(add'l) | 01/22/19 | K | | |
| 59. | | | | | Sold<br>(part) | 07/29/19 | K | C | |
| 60. --Washington Clackamas Municipal Bond | | None | K | T | | | | | |
| 61. --Triborough Bridge & Tunnel NY<br>Municipal Bond | | None | K | T | Buy | 01/22/19 | K | | |
| 62. --Leander TX Independent Sch. Municipal<br>Bond | | None | K | T | Buy | 01/22/19 | K | | |
| 63. --Blackstone Real Estate Income Trust Inc<br>Cl S | D | Dividend | N | T | Buy | 01/29/19 | N | | |
| 64. --John Hancock New York Venture Annuity<br>(see components lines #-#) | | | N | T | | | | | |
| 65. ---- Manulife Inv. Mgmt. Fundamental<br>Large Cap fund | | None | L | T | | | | | |
| 66. ----Manulife Inv. Mgmt. Mid Cap Index<br>fund | | None | M | T | | | | | |
| 67. ----Manulife Inv. Mgmt. 500 Index Fund | | None | L | T | | | | | |
| 68. ----Western Asset High Yield Fund | | None | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Orenstein, James** | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. ----Wellington Management Mid Cap Stock Fund | | None | K | T | | | | | |
| 70. ----Wellington Management Small Cap Value fund | | None | K | T | | | | | |
| 71. ----Wells Capital Core Bond fund | | None | K | T | | | | | |
| 72. ----Templeton-Global fund | | None | J | T | | | | | |
| 73. ----Templeton-Int'! Value fund | | None | K | T | | | | | |
| 74. --Lincoln Life Moneyguard Reserve | B | Distribution | L | T | | | | | |
| 75. JOINT UBS ACCT ( .. .49) | F | Int./Div. | P1 | T | | | | | |
| 76. --UBS Bank USA Dep Acct | A | Interest | J | T | | | | | |
| 77. --UBS RMA Government Money Market Fund | | None | | | Buy | 01/07/19 | P1 | | |
| 78. | | | | | Sold (part) | 01/09/19 | J | | |
| 79. | | | | | Sold (part) | 01/14/19 | K | | |
| 80. | | | | | Sold (part) | 01/14/19 | N | | |
| 81. | | | | | Sold (part) | 01/15/19 | M | | |
| 82. | | | | | Sold (part) | 01/17/19 | J | | |
| 83. | | | | | Sold (part) | 01/22/19 | M | | |
| 84. | | | | | Sold (part) | 01/25/19 | J | | |
| 85. | | | | | Sold (part) | 01/29/19 | N | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Orenstein, James** | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 02/01/19 | K | | |
| 87. | | | | | Buy (add'l) | 02/01/19 | J | | |
| 88. | | | | | Buy (add'l) | 02/04/19 | J | | |
| 89. | | | | | Sold (part) | 02/05/19 | J | | |
| 90. | | | | | Sold | 02/12/19 | K | | |
| 91.    --AT&T Inc | B | Dividend | | | Sold | 07/31/19 | K | D | |
| 92.    --Salesforce.com Inc | | None | K | T | Sold (part) | 04/03/19 | K | E | |
| 93. | | | | | Donated (part) | | | | |
| 94. | | | | | Donated (part) | | | | |
| 95. | | | | | Donated (part) | | | | |
| 96. | | | | | Donated (part) | | | | |
| 97. | | | | | Donated (part) | | | | |
| 98.    --Ishares S&P 500 Value ETF | B | Dividend | L | T | | | | | |
| 99.    --Ishares S&P 500 Growth ETF | A | Dividend | L | T | Sold (part) | 07/29/19 | K | D | |
| 100.   --Fidelity Advisor New Insights Fund Cl A | C | Dividend | L | T | Buy (add'l) | 01/14/19 | J | | |
| 101. | | | | | Buy (add'l) | 02/12/19 | J | | |
| 102. | | | | | Sold (part) | 02/25/19 | K | B | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Orenstein, James** | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. | | | | | Buy<br>(add'l) | 03/13/19 | J | | |
| 104. | | | | | Sold<br>(part) | 04/02/19 | K | C | |
| 105. --Hennessy Cornerstone Growth Fund<br>Institutional Class | | None | K | T | Sold<br>(part) | 01/14/19 | J | A | |
| 106. | | | | | Sold<br>(part) | 04/02/19 | K | D | |
| 107. | | | | | Sold<br>(part) | 07/30/19 | J | C | |
| 108. --Janus Henderson Global Equity Income<br>Fund Class I | C | Dividend | L | T | Buy<br>(add'l) | 01/14/19 | K | | |
| 109. | | | | | Buy<br>(add'l) | 02/12/19 | J | | |
| 110. | | | | | Buy<br>(add'l) | 03/13/19 | J | | |
| 111. | | | | | Sold<br>(part) | 04/02/19 | K | A | |
| 112. | | | | | Sold<br>(part) | 07/30/19 | J | B | |
| 113. --JP Morgan U.S. Large Cap Core Plus Fund<br>A | E | Dividend | L | T | | | | | |
| 114. --Miller Convertible Bond Fund Cl I | B | Dividend | K | T | Buy | 01/15/19 | L | | |
| 115. | | | | | Sold<br>(part) | 06/06/19 | J | A | |
| 116. | | | | | Sold<br>(part) | 07/29/19 | K | C | |
| 117. --Neuberger Berman Equity Income Fund<br>Class I | C | Dividend | K | T | Buy<br>(add'l) | 01/14/19 | J | | |
| 118. | | | | | Buy<br>(add'l) | 02/12/19 | J | | |
| 119. | | | | | Sold<br>(part) | 02/25/19 | K | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Orenstein, James** | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. | | | | | Buy<br>(add'l) | 03/13/19 | J | | |
| 121. | | | | | Sold<br>(part) | 04/02/19 | K | A | |
| 122. --Neuberger Berman Intrinsic Value Fund<br>Class A | B | Dividend | K | T | Sold<br>(part) | 02/25/19 | J | C | |
| 123. | | | | | Sold<br>(part) | 04/02/19 | K | C | |
| 124. --Nuveen Large Cap Core Fund Class Instl. | A | Dividend | K | T | Buy | 01/14/19 | L | | |
| 125. | | | | | Buy<br>(add'l) | 02/12/19 | K | | |
| 126. | | | | | Buy<br>(add'l) | 03/13/19 | K | | |
| 127. | | | | | Sold<br>(part) | 04/02/19 | K | B | |
| 128. | | | | | Sold<br>(part) | 07/02/19 | J | A | |
| 129. | | | | | Sold<br>(part) | 07/26/19 | K | B | |
| 130. | | | | | Sold<br>(part) | 11/20/19 | J | A | |
| 131. | | | | | Sold<br>(part) | 11/27/19 | J | A | |
| 132. | | | | | Sold<br>(part) | 12/04/19 | J | A | |
| 133. --Oakmark Fund Class I | C | Dividend | L | T | Sold<br>(part) | 02/25/19 | J | B | |
| 134. | | | | | Sold<br>(part) | 07/30/19 | J | D | |
| 135. --T. Rowe Price QM US Small Cap Growth<br>Equity Fund Cl NL | B | Dividend | K | T | Buy | 01/14/19 | K | | |
| 136. | | | | | Buy<br>(add'l) | 02/12/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Orenstein, James** | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137. | | | | | Sold<br>(part) | 02/25/19 | K | A | |
| 138. | | | | | Buy<br>(add'l) | 03/13/19 | J | | |
| 139. | | | | | Sold<br>(part) | 04/02/19 | K | A | |
| 140. | | | | | Sold<br>(part) | 07/26/19 | J | B | |
| 141. --Blackrock MuniYield Fund Inc | B | Dividend | K | T | Buy | 01/15/19 | K | | |
| 142. --Invesco Municipal Trust | B | Dividend | K | T | Buy | 01/15/19 | K | | |
| 143. --Nuveen Enhanced Municipal Credit Opportunities Fund | B | Dividend | K | T | Buy | 01/15/19 | K | | |
| 144. --Columbia Mortgage Opportunities Fund Class Instl | B | Dividend | L | T | Buy | 04/10/19 | L | | |
| 145. | | | | | Sold<br>(part) | 11/27/19 | K | A | |
| 146. --Virtus Emerging Markets Opportunities Fund Class I | | None | | | Buy<br>(add'l) | 01/14/19 | J | | |
| 147. | | | | | Buy<br>(add'l) | 02/12/19 | J | | |
| 148. | | | | | Sold | 02/21/19 | L | D | |
| 149. --Loomis Sayles Strategic Income Fund Class A | B | Dividend | L | T | | | | | |
| 150. --Lord Abbett Floating Rate Fund | C | Dividend | L | T | Buy<br>(add'l) | 04/10/19 | K | | |
| 151. | | | | | Sold<br>(part) | 10/28/19 | J | | |
| 152. --Mainstay Mackay High Yield Municipal Bond Fund Cl I | C | Dividend | L | T | Buy | 01/14/19 | L | | |
| 153. | | | | | Sold<br>(part) | 11/27/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Orenstein, James** | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 154. --Mainstay Mackay Short Duration High Yield Fund Cl I | C | Dividend | L | T | Buy | 04/10/19 | L | | |
| 155. --Nuveen High Yield Municipal Bond Fund I | C | Dividend | L | T | Buy (add'l) | 01/14/19 | K | | |
| 156. --Allianzgi Structured Return Fund Class P | B | Dividend | K | T | Buy | 04/10/19 | K | | |
| 157. --Gateway Fund Class Y | B | Dividend | L | T | Buy (add'l) | 01/14/19 | K | | |
| 158. --JPMorgan Hedged Equity Fund Cl I | A | Dividend | K | T | Buy | 04/10/19 | K | | |
| 159. --First Eagle Global Fund Class A | C | Dividend | L | T | Buy (add'l) | 01/14/19 | K | | |
| 160. | | | | | Sold (part) | 04/03/19 | K | B | |
| 161. | | | | | Sold (part) | 07/26/19 | K | C | |
| 162. JO/FAMILY #3 UBS ACCT ( ... 77) | B | Dividend | K | T | | | | | |
| 163. --UBS Bank USA Dep Acct | | None | J | T | | | | | |
| 164. --Amer Funds Capital World Growth & Income Fund Cl A | B | Dividend | K | T | | | | | |
| 165. JO/FAMILY #4 UBS ACCT ( ... 79) | B | Dividend | K | T | | | | | |
| 166. --UBS Bank USA Dep Acct | | None | J | T | | | | | |
| 167. --Amer Funds Capital World Growth & Income Fund Cl A | B | Dividend | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Orenstein, James** | 05/12/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, generally: For all asset sales resulting in a loss or no net gain, I have left Column D(4) blank. I have reported all dividend income, including dividends that were reinvested; however, pursuant to the Committee's instructions, I no longer separately report reinvestment transactions.

Part VII, line 4: The valuation of my share of the [redacted] Real Estate Trust is based on an appraisal of the value of the property held in trust as of January 23, 2008 (the date I inherited my share). The appraisal was reported on November 12, 2008.

Part VII, lines 65-67: I had previously reported these assets under the name "JH" (as an abbreviation for "John Hancock") based on the description in derivative statements from UBS, Having checked the statements directly from John Hancock, I have corrected the name to start with "Manulife Inv. Mgmt."

| Name of Person Reporting | Date of Report |
|---|---|
| Orenstein, James | 05/12/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ James Orenstein**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544